IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Sean Maher, et al.,

    Plaintiffs,

v.

Avondale Estates, Georgia, a
Municipal Corporation,

    Defendant.

CIVIL ACTION NO.

1:00-CV-1847-JEC

### ORDER

This case is presently before the Court on plaintiffs' Motion for Reconsideration [92], plaintiffs' Preliminary Motion for Attorney Fees [97], and plaintiffs' Motion for Attorney Fees [99]. The Court **DENIES** plaintiffs' Motion for Reconsideration [92]. Plaintiffs' Preliminary Motion for Attorney Fees [97] and plaintiffs' Motion for Attorney Fees [99] remain pending.

SO ORDERED, this 9 day of February, 2006.

_____
JULIE E. CARNES
UNITED STATES DISTRICT JUDGE